UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALFRED CROSS,<br><br>      Plaintiff,<br><br>   v.<br><br>RANDALL NILE IRWIN, PEOPLES NATIONAL BANK, JEFFERSON COUNTY TITLE COMPANY, NVK PROPERTIES, LLC and MICHAEL HOLTZ,<br><br>      Defendant. | Case No. 17-cv-34-JPG-RJD |

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

JUSTINE FLANAGAN, Acting Clerk of Court

**DATED:** February 16, 2017          *s/Tina Gray*, **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**